UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                        :

        -against-                                          :          12-CR-266 (WHP)

Pablo Brito,                                                    :          ORDER

                      Defendant.             :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

        Sanford Talkin, Esq. is appointed as counsel for defendant, Pablo Brito for the purpose of reviewing defendant's motion for compassionate release and submitting a reply brief to the Government's opposition if appropriate.

Dated: February 19, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.